UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL E. CARPENTER, | : Civil Action No. _____ |
| Plaintiff, | : |
| - against - | : 17MISC 0084 |
| UNIVERSITAS EDUCATION, LLC, | : **NOTICE OF MOTION** |
| | **TO QUASH** |
| Defendant. | : |

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, Daniel E. Carpenter ("Carpenter"), through his attorneys Hurwitz, Sagarin, Slossberg, & Knuff, (David A. Slossberg, appearing) will move, pursuant to Federal Rule of Civil Procedure 45(d)(3), before the United States District Court for the Southern District of New York for entry of an order quashing two subpoenas issued by Universitas Education, LLC on or around March 3, 2017 to the extent they seek production of Mr. Carpenter's privileged attorney-client communications; and

**PLEASE TAKE FURTHER NOTICE** that in support of this motion Mr. Carpenter submits the accompanying Memorandum of Law In Support of his Motion To Quash.

Dated: Milford, CT
March 17, 2017

THE PLAINTIFF

BY: _____
DAVID A. SLOSSBERG [DS0566]
Hurwitz, Sagarin, Slossberg & Knuff, LLC
147 North Broad Street
Milford, CT  06460-0112
Telephone: (203) 877-8000
Fax: (203) 878-9800
DSlossberg@hssklaw.com

## CERTIFICATION

This is to certify that on March 17, 2017, a copy of the foregoing was severed by email on the following parties:

Paula K. Colbath (Counsel for Universitas)
Loeb &Loeb LLP
345 Park Avenue
New York, NY 10154
pcolbath@loeb.com

Seth L. Marcus (Counsel for Jack E. Robinson, III)
The Law Offices of Seth L. Marcus
Suite 101
777 Westchester Ave.
White Plains, NY 10604
212-686-2555
seth@slmarcuslaw.com

Dan E. LaBelle (Counsel for Benistar Admin Services, Inc.)
Halloran & Sage
315 Post Road West
Westport, CT 06880
LaBelle@halloransage.com

_____
DAVID A. SLOSSBERG